UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-MC-40-KS

IN RE: SABINO E. CUCCINIELLO,  )
                                ) **ORDER**
　　　　Petitioner.              )

This matter is before the court on Petitioner's request, pursuant to Rule 27(a) of the Federal Rules of Civil Procedure, for an order authorizing his deposition in order to perpetuate his testimony prior to filing suit. Plaintiff has failed to demonstrate compliance with the notice requirements set forth in Rule 27(a), and his motion [DE #1] is, therefore, DENIED WITHOUT PREJUDICE.

This 29th day of September 2014.

_____
KIMBERLY A. SWANK
United States Magistrate Judge